UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIC INSURANCE COMPANY,

    Plaintiff,

V.

CIVIL NO. 06-14036
HON. NANCY G. EDMUNDS

SIMON GALASSO & FRANTZ, PLC,
ET AL.

    Defendants
_____/

## ORDER STRIKING DOCUMENT [30]

Upon review, the Court has determined that Document No. 30 is not permitted by the Court. See LR 7.1 and Judge Edmunds' Policy and Practice Guidelines.

THEREFORE, this supplemental motion is **STRICKEN** from the record and the Clerk of Court is directed to remove the image from the ECF system.

SO ORDERED.

    s/Nancy G. Edmunds
    Nancy G. Edmunds
    United States District Judge

Dated: March 23, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 23, 2007, by electronic and/or ordinary mail.

    s/Carol A. Hemeyer
    Case Manager